IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEANUTS WORLDWIDE LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DONGGUAN RICH POWER TIN MFG. LTD., et al.,<br><br>　　　　Defendants. | Case No. 23-cv-00846<br><br>**Judge Harry D. Leinenweber**<br><br>**Magistrate Judge Maria Valdez** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Peanuts Worldwide LLC hereby dismisses this action, with leave to reinstate within two hundred and seventy (270) days, as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| changshashiyuhuaquyaochengdianshanggongzuoshi | 50 |
| DAGEDA85 | 52 |
| Jr.club | 83 |

Dated this 30th day of March 2023.

Respectfully submitted,

/s/ Marcella D. Slay
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Trevor C. Talhami
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
ttalhami@gbc.law

*Counsel for Plaintiff Peanuts Worldwide LLC*