IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEANUTS WORLDWIDE LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DONGGUAN RICH POWER TIN MFG. LTD., et al.,<br><br>    Defendants. | Case No. 23-cv-00846<br><br>**Judge Harry D. Leinenweber**<br><br>**Magistrate Judge Maria Valdez** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Peanuts Worldwide LLC hereby dismisses this action, with leave to reinstate within two hundred and seventy (270) days, as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Dongguan Yongcheng Promotional Craft | 2 |
| Hangzhou Buerxiang Umbrella Industry | 6 |
| Shop1102437920 Store | 41 |
| Shop1102437991 Store | 42 |
| Shop1102439892 Store | 43 |
| kunmingdengdaiqiyeguanliyouxiangongsi | 92 |

| | |
|---|---|
| Dated this 6th day of April 2023. | Respectfully submitted,<br><br>/s/ Marcella D. Slay<br>Amy C. Ziegler<br>Justin R. Gaudio<br>Marcella D. Slay<br>Trevor C. Talhami<br>Greer, Burns & Crain, Ltd.<br>300 South Wacker Drive, Suite 2500<br>Chicago, Illinois 60606<br>312.360.0080 / 312.360.9315 (facsimile)<br>aziegler@gbc.law<br>jgaudio@gbc.law<br>mslay@gbc.law<br>ttalhami@gbc.law<br><br>*Counsel for Plaintiff Peanuts Worldwide LLC* |