# Exhibit A

**Peanuts Worldwide LLC v. Dongguan Rich Power Tin Mfg. Ltd., at al. - Case No. 23-cv-00846**

## Defendant Online Marketplaces

| No. | Name / Seller Alias | Email Address |
|---|---|---|
| 1 | Dongguan Rich Power Tin Mfg. Ltd. | jack@tinboxplus.com, info@tinboxplus.com, jack@rptruss.com, jackzhu724@gmail.com, info@gelb.hk, info@richpowergroup.com, info@rptruss.com, jack@richpowergroup.com, kenny@rptruss.com |
| 2 | DISMISSED | DISMISSED |
| 3 | Fuzhou Ritton Technology Co., Ltd. | sales2@vibbon.com |
| 4 | Guangxi Hengzhihua E-Commerce Co., Ltd. | amzbarley@163.com |
| 5 | Haining Everbright Socks Co., Ltd | everbrightzwg@163.com |
| 6 | DISMISSED | DISMISSED |
| 7 | Hefei MW Import & Export Co., Ltd. | info@mwmetalgift.com |
| 8 | Jinjiang Huiyibang Shoe Materials Co., Ltd. | huiyibang2080@hotmail.com |
| 9 | Jinjiang Shangyi Youpin Crafts Co., Ltd. | hanyuanke@shangyiyoupin.cn |
| 10 | Jinjiang Zhibixing Shoes And Garment Co., Ltd. | simon@jibbitzcrocscharms.com |
| 11 | DISMISSED | DISMISSED |
| 12 | Shenzhen Dalang Digital Tech. Co., Ltd. | jackdldt@sina.com |
| 13 | Shenzhen XYD Industry Co., Ltd. | linaliang@xyd-industry.com |
| 14 | Shishi Junxin Yuanyi Trading Co., Ltd. | junxinyy2021@163.com |
| 15 | Yiwu Huajing Trading Co., Ltd. Example 1 | www.ouyangying@qq.com |
| 16 | Yiwu Xingyang Trade Co., Ltd. | chenzhaoxing15@foxmail.com |
| 17 | 546373322239 Store | h15264480942@yeah.net |
| 18 | 98 Anime Store | 522732123@qq.com |
| 19 | Baipinhui Store | hanwenda1030@163.com |
| 20 | Candyguoguo Store | 3313877291@qq.com |
| 21 | Cute Cartoon Store | a1leyuan@163.com |
| 22 | Displate Metal Poster Store | tonglingfour@163.com |
| 23 | Dollhouse Store | 2236782227@qq.com |
| 24 | Donghui Car Sticker Factory Store Store | dongh0622@163.com |
| 25 | Hibel Shells Store | v0tf2f@163.com |
| 26 | Kawaii Everything Yoy Store | tousuo_1@126.com |
| 27 | LAVA BOOM Store | mmyydz1@outlook.com |
| 28 | Lovechild Store | apple4221@vip.qq.com |
| 29 | LUO JUN Store | 287743537@qq.com |
| 30 | MK Toy Store Store | lukuishangmao_6@163.com |

| 31 | NANCHANG Vv Store | tujiawei1162848300@163.com |
|---|---|---|
| 32 | Pet Daily Use Store | qq2336297@163.com |
| 33 | plushtoys Store | lututu0804@outlook.com |
| 34 | Shop1100086010 Store | h15307370425@sina.cn |
| 35 | Shop1102105017 Store | j13266709217@163.com |
| 36 | Shop1102180927 Store | 759947423@qq.com |
| 37 | Shop1102208621 Store | bfv29f@163.com |
| 38 | Shop1102351533 Store | ywk78x@163.com |
| 39 | Shop1102378263 Store | suleimanrong@163.com |
| 40 | Shop1102421659 Store | rtfgfg12@163.com |
| 41 | DISMISSED | DISMISSED |
| 42 | DISMISSED | DISMISSED |
| 43 | DISMISSED | DISMISSED |
| 44 | Shop3000007 Store | yuankekeji1@outlook.com |
| 45 | Shop3439003 Store | hkskj3@outlook.com |
| 46 | Spring Girl Store | 1043426330@qq.com, jk.fm@163.com |
| 47 | SY Kawaii Toy Store | sanpang88801@163.com |
| 48 | TAKARA TOMY PERIPHERY Store | bandai1999@126.com |
| 49 | YIC Toy Grocery Store | sanpang88805@163.com |
| 50 | DISMISSED | DISMISSED |
| 51 | CIONAOR-US | cyrodfusign@163.com |
| 52 | DISMISSED | DISMISSED |
| 53 | guochunjun | gcjymx123@163.com |
| 54 | HHXYting | yantingting0810@163.com |
| 55 | IMADONED | sunzhifang199512@163.com |
| 56 | Jackson Andorra | wei062zhanzhongpu@126.com |
| 57 | KhsdNwj | hegou545591@126.com |
| 58 | kuanjingpenghsyihsh | guangjingpeng75d1@163.com |
| 59 | Leeeeeee DT Poster | leleledt88@126.com |
| 60 | pingtanchengxudianzishangwugonzuoshi | 15080532333@163.com |
| 61 | putianshichengxiangquyanjialiangbaihuoshanghang | yangjialian54sd@outlook.com |
| 62 | QINGQING ART | yamaxun8595679@163.com |
| 63 | quanzhoushishengtizhinengkejiyou xiangongsi | yangxiaolong158@outlook.com |
| 64 | Selling Rainbows | m13360210727@163.com |
| 65 | Shizhuo Charms Store | shizhuo88688@163.com |
| 66 | SSHh | shushenghao36f@126.com |
| 67 | tumo-shop | 17558446020@163.com |
| 68 | WANGLI YA | wangyali6662021@outlook.com |
| 69 | wushengshanghang | wushengshanghang@outlook.com |
| 70 | xialinyy66 | xialin20228@163.com |

| | | |
|---|---|---|
| 71 | xianyouxianlinanzhenxiejianningbaihuolingshouchaos | xw1052662542@163.com, 15759697039@163.com |
| 72 | XIAOQING9188 | mabahe8143@163.com |
| 73 | xiaoqingfu | xiaoqingfu0410@163.com |
| 74 | xinweilong | 1257590498@qq.com |
| 75 | YingBai | 1610090048@qq.com |
| 76 | yuanzhouquzhaoqingyunbaihuodian | liuqingjia556w@outlook.com |
| 77 | ZHT Department Store | wosha32601@163.com |
| 78 | ZRDZSWYXGS | 15768367447@163.com |
| 79 | ZZWU | weizhen20210608@126.com |
| 80 | DISMISSED | DISMISSED |
| 81 | hayin_home | haying0518@outlook.com |
| 82 | helloonline | buyerzonehk@yahoo.com.hk, kerolady@yahoo.com.hk, mini_heya@yahoo.com.hk, helen66131@mail.hongkong.com, hkhkhelen@yahoo.com.hk, animestores@yahoo.com.hk |
| 83 | DISMISSED | DISMISSED |
| 84 | phv-13 | phv5524@163.com |
| 85 | wea-5388 | wearsky@163.com |
| 86 | 101271001 | oiqrqaeer@outlook.com |
| 87 | chengdushanjieshangmaoyouxiangongsi | jiufuc57490@163.com |
| 88 | Decorly | liaolu373595@163.com |
| 89 | HeFeiSuoMiuWangLuoKeJiYouXianGongSi | gi866ooqw060@163.com |
| 90 | Huangshanyuxieshangmaoyouxiangongsi | edeyhg616mj81@163.com |
| 91 | huangshilaiyongdianzishangwuyouxiangongsi | 461353108@qq.com |
| 92 | DISMISSED | DISMISSED |
| 93 | Meizhoushixinganfengjianzhuzhuangshigongchengyouxiangongsi | xinganfeng1219@163.com |
| 94 | MiMo | mimohao99@gmail.com |
| 95 | nangcudianzishangwuyou | ngj992and@163.com |
| 96 | PoTengTeKeJiYouXianGongSi | go007ofti0686@163.com |
| 97 | Snow Dream Trading Co., LTD | zanleirangsf062@163.com |
| 98 | THX STORE | yizh7347146@163.com |
| 99 | TTSYUFTIN-Co.Ltd | sally10018@163.com |
| 100 | TUNCHANGTUJINGRUKEJIYOUXIANGONGSI | kangkangyuan666@163.com |
| 101 | Zhaotonglongchaodianzishangwuyouxiangongsi | pupdlw51kw23@163.com |
| | | sunli@zehow.com |
| | | he.cai@getechlaw.com |
| | | ckeleher@appellatelawgroup.com |
| | | Cherry-gzzlaw@hotmail.com; kk-gzzlaw@outlook.com |