# Exhibit 1

**Peanuts Worldwide LLC v. Dongguan Rich Power Tin Mfg. Ltd., et al.- Case No. 23-cv-00846**

# Schedule A

## Defendant Online Marketplaces

| No. | URL | Name / Seller Alias |
|---|---|---|
| 1 | tinboxplus.en.alibaba.com | Dongguan Rich Power Tin Mfg. Ltd. |
| 2 | DISMISSED | DISMISSED |
| 3 | wristband.en.alibaba.com | Fuzhou Ritton Technology Co., Ltd. |
| 4 | amzbarley.en.alibaba.com | Guangxi Hengzhihua E-Commerce Co., Ltd. |
| 5 | zjeverbright.en.alibaba.com | Haining Everbright Socks Co., Ltd |
| 6 | DISMISSED | DISMISSED |
| 7 | mwgift.en.alibaba.com | Hefei MW Import & Export Co., Ltd. |
| 8 | happygogogo2021.en.alibaba.com | Jinjiang Huiyibang Shoe Materials Co., Ltd. |
| 9 | shangyiyoupin.en.alibaba.com | Jinjiang Shangyi Youpin Crafts Co., Ltd. |
| 10 | jibbitzcharms.en.alibaba.com | Jinjiang Zhibixing Shoes And Garment Co., Ltd. |
| 11 | DISMISSED | DISMISSED |
| 12 | szdldt.en.alibaba.com | Shenzhen Dalang Digital Tech. Co., Ltd. |
| 13 | xydcn.en.alibaba.com | Shenzhen XYD Industry Co., Ltd. |
| 14 | junxinyy.en.alibaba.com | Shishi Junxin Yuanyi Trading Co., Ltd. |
| 15 | hjtrading.en.alibaba.com | Yiwu Huajing Trading Co., Ltd. Example 1 |
| 16 | xingyangczx.en.alibaba.com | Yiwu Xingyang Trade Co., Ltd. |
| 17 | aliexpress.com/store/1101819991 | 546373322239 Store |
| 18 | aliexpress.com/store/1101622403 | 98 Anime Store |
| 19 | aliexpress.com/store/1101564499 | Baipinhui Store |
| 20 | aliexpress.com/store/1101287825 | Candyguoguo Store |
| 21 | aliexpress.com/store/1102373498 | Cute Cartoon Store |
| 22 | aliexpress.com/store/1101758323 | Displate Metal Poster Store |
| 23 | aliexpress.com/store/1102060930 | Dollhouse Store |
| 24 | aliexpress.com/store/1102160478 | Donghui Car Sticker Factory Store Store |
| 25 | aliexpress.com/store/1102346292 | Hibel Shells Store |
| 26 | aliexpress.com/store/1102056976 | Kawaii Everything Yoy Store |
| 27 | aliexpress.com/store/1101295002 | LAVA BOOM Store |
| 28 | aliexpress.com/store/1101953835 | Lovechild Store |
| 29 | aliexpress.com/store/1101498132 | LUO JUN Store |
| 30 | aliexpress.com/store/1102244565 | MK Toy Store Store |
| 31 | aliexpress.com/store/1101508288 | NANCHANG Vv Store |
| 32 | aliexpress.com/store/1102507019 | Pet Daily Use Store |
| 33 | aliexpress.com/store/1101668374 | plushtoys Store |
| 34 | aliexpress.com/store/1101988660 | Shop1100086010 Store |

| | | |
|---|---|---|
| 35 | aliexpress.com/store/1102105018 | Shop1102105017 Store |
| 36 | aliexpress.com/store/1102181858 | Shop1102180927 Store |
| 37 | aliexpress.com/store/1102216520 | Shop1102208621 Store |
| 38 | aliexpress.com/store/1102349592 | Shop1102351533 Store |
| 39 | aliexpress.com/store/1102378264 | Shop1102378263 Store |
| 40 | aliexpress.com/store/1102419678 | Shop1102421659 Store |
| 41 | DISMISSED | DISMISSED |
| 42 | DISMISSED | DISMISSED |
| 43 | DISMISSED | DISMISSED |
| 44 | aliexpress.com/store/1101254478 | Shop3000007 Store |
| 45 | aliexpress.com/store/1101273188 | Shop3439003 Store |
| 46 | aliexpress.com/store/1101191533 | Spring Girl Store |
| 47 | aliexpress.com/store/1101936038 | SY Kawaii Toy Store |
| 48 | aliexpress.com/store/1102458096 | TAKARA TOMY PERIPHERY Store |
| 49 | aliexpress.com/store/1102134413 | YIC Toy Grocery Store |
| 50 | DISMISSED | DISMISSED |
| 51 | amazon.com/sp?seller=A3DR9Q4PGSSZ1S | CIONAOR-US |
| 52 | DISMISSED | DISMISSED |
| 53 | amazon.com/sp?seller=AZEVAK1L7CL8A | guochunjun |
| 54 | amazon.com/sp?seller=A267Y7J3XWHS89 | HHXYting |
| 55 | amazon.com/sp?seller=A3B7MOE4JRZSZZ | IMADONED |
| 56 | amazon.com/sp?seller=A15AJANJMB9WPD | Jackson Andorra |
| 57 | amazon.com/sp?seller=A3M0HZQ6FOYKJC | KhsdNwj |
| 58 | amazon.com/sp?seller=A2WZ60I90OJ1MN | kuanjingpenghsyihsh |
| 59 | amazon.com/sp?seller=A28TAB0GV8AP0U | Leeeeeee DT Poster |
| 60 | amazon.com/sp?seller=A1EN3YNRM28EI | pingtanchengxudianzishangwugonzuoshi |
| 61 | amazon.com/sp?seller=A2Q0NSER5PJB5U | putianshichengxiangquyanjialiangbaihuoshanghang |
| 62 | amazon.com/sp?seller=A37LKSBZLC3RNC | QINGQING ART |
| 63 | amazon.com/sp?seller=A1BW4IRITH0W1Z | quanzhoushishengtizhinengkejiyouxiangongsi |
| 64 | amazon.com/sp?seller=A2VLFNLEZJPXQL | Selling Rainbows |
| 65 | amazon.com/sp?seller=A32RDA37ZWF8VX | Shizhuo Charms Store |
| 66 | amazon.com/sp?seller=A2HPAOECNK2TZS | SSHh |
| 67 | amazon.com/sp?seller=A17OBR53T0HFQX | tumo-shop |
| 68 | amazon.com/sp?seller=A1HESUBC5B4BM6 | WANGLI YA |
| 69 | amazon.com/sp?seller=A248NS3GLZ8CYC | wushengshanghang |
| 70 | amazon.com/sp?seller=A3FA2GOQF4RW0Y | xialinyy66 |
| 71 | amazon.com/sp?seller=A3KHB7NUGNDOJ5 | xianyouxianlinanzhenxiejianningbaihuolingshouchaos |
| 72 | amazon.com/sp?seller=ASA7N6ARI2M3O | XIAOQING9188 |

| | | |
|---|---|---|
| 73 | amazon.com/sp?seller=A3I3F8CGMNTR5T | xiaoqingfu |
| 74 | amazon.com/sp?seller=A2W6QDLQ7VX9H3 | xinweilong |
| 75 | amazon.com/sp?seller=AUGKWJFKFHBD1 | YingBai |
| 76 | amazon.com/sp?seller=A28H4LF5D4PFBJ | yuanzhouquzhaoqingyunbaihuodian |
| 77 | amazon.com/sp?seller=A3FA3WVVIS9OQ7 | ZHT Department Store |
| 78 | amazon.com/sp?seller=AHU5LUROSOWHV | ZRDZSWYXGS |
| 79 | amazon.com/sp?seller=A2CTBKDZEDOL8 | ZZWU |
| 80 | DISMISSED | DISMISSED |
| 81 | ebay.com/usr/hayin_home | hayin_home |
| 82 | ebay.com/usr/helloonline | helloonline |
| 83 | DISMISSED | DISMISSED |
| 84 | ebay.com/usr/phv-13 | phv-13 |
| 85 | ebay.com/usr/wea-5388 | wea-5388 |
| 86 | walmart.com/seller/101271001 | 101271001 |
| 87 | walmart.com/seller/101260158 | chengdushanjieshangmaoyouxiangongsi |
| 88 | walmart.com/seller/101289758 | Decorly |
| 89 | walmart.com/seller/101284656 | HeFeiSuoMiuWangLuoKeJiYouXianGongSi |
| 90 | walmart.com/seller/101259004 | Huangshanyuxieshangmaoyouxiangongsi |
| 91 | walmart.com/seller/101232801 | huangshilaiyongdianzishangwuyouxiangongsi |
| 92 | DISMISSED | DISMISSED |
| 93 | walmart.com/seller/101274519 | Meizhoushixinganfengjianzhuzhuangshigongchengyouxiangongsi |
| 94 | walmart.com/seller/101099318 | MiMo |
| 95 | walmart.com/seller/101295857 | nangcudianzishangwuyou |
| 96 | walmart.com/seller/101295892 | PoTengTeKeJiYouXianGongSi |
| 97 | walmart.com/seller/101258294 | Snow Dream Trading Co., LTD |
| 98 | walmart.com/seller/101279552 | THX STORE |
| 99 | walmart.com/seller/101280205 | TTSYUFTIN-Co.Ltd |
| 100 | walmart.com/seller/101276418 | TUNCHANGTUJINGRUKEJIYOUXIANGONGSI |
| 101 | walmart.com/seller/101282429 | Zhaotonglongchaodianzishangwuyouxiangongsi |