**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PEANUTS WORLDWIDE LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DONGGUAN RICH POWER TIN MFG. LTD., et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-00846<br><br>**Judge Harry D. Leinenweber**<br><br>**Magistrate Judge Maria Valdez** |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff Peanuts Worldwide LLC's ("Plaintiff") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified on Schedule A attached hereto (collectively, the "Seller Aliases"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Schedule A, (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiff, a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

---

[1] The e-commerce store URLs are listed on Schedule A hereto under the Online Marketplaces.

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars and/or funds from U.S. bank accounts, and have sold products bearing unauthorized copies of the Peanuts Copyrighted Designs (including U.S. Copyright Registration Nos. B 197-759, GP 59-162, and A 95-985) and/or using infringing and counterfeit versions of the PEANUTS Trademarks (collectively, the "Unauthorized Peanuts Products") to residents of Illinois. A list of the PEANUTS Trademarks is included in the below chart.

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| 1,255,304 | PEANUTS | For: address books; books (including coloring books); datebooks; greeting cards; growth charts made of paper; invitations; memo pads; nametags made of paper; paintbrushes; paper napkins; pencils; pencil boxes and cases; place cards made of paper; playing cards; telephone list books; wrapping paper for gifts; writing paper and envelopes; and writing tablets in class 016. |
| 1,265,839 | PEANUTS | For: Christmas decorations and ornaments; dolls; playsets; puzzles in class 028. |
| 1,301,542 | PEANUTS | For: music boxes in class 015. |
| 1,729,501 | PEANUTS | For: clothing; namely, infant boys' and girls' creepers, leggings, shorts, jackets, tops, boys' tops, shorts, tank tops, fleece tops, pants, pajamas, jackets, shorts, and socks; girls' shorts, tops, creepers, jumpers, socks and hosiery in class 025. |

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| 1,970,335 | PEANUTS | For: bed linen, namely bedspreads, blankets, comforters, pillowcases, pillow shams, and sheets in class 024. |
| 4,017,645 | PEANUTS | For: pre-recorded DVDs featuring animated characters; pre-recorded CDs featured animated character voices; films featuring animated characters; computer game programs, computer game software, video games, namely, video game software, video game cartridges and video game discs; downloadable television shows featuring animated characters in class 009.<br><br>For: continuing animated programs distributed over television, satellite, audio, video media, the internet and worldwide web in class 041. |
| 4,429,043 | PEANUTS | For: motion picture films featuring animated cartoons; downloadable motion pictures featuring animated cartoons; downloadable music in class 009. |
| 5,023,666 | PEANUTS | For: porcelain commemorative plates in class 021. |
| 5,392,411 | PEANUTS | For: bags, namely, purses, tote bags, backpacks, book bags, school bags, diaper bags, duffel bags, messenger bags, overnight bags, sling bags, luggage, luggage tags, travels bags and garment bags for travel, cosmetic bags sold empty, toiletry bags sold empty, cinch sacks in the nature of drawstring bags used as backpacks, wristlet bags, wallets, change purses, leather and imitation leather key chains, umbrellas; pet clothing; pet accessories, namely, leashes, collars in class 018. |
| 1,254,632 | SNOOPY | For: games and toys; ornaments and decorations for Christmas trees in class 028. |
| 1,256,819 | SNOOPY | For: jewelry, watches, and clocks in class 014. |
| 1,256,900 | SNOOPY | For: luggage and totebags in class 018. |
| 1,256,970 | SNOOPY | For: athletic jerseys, aprons, bibs, coats, footwear, gloves, hats, jackets, jogging suits, mittens, nightgowns, nightshirts, pajamas, t-shirts, tank tops, shorts, socks, sweatshirts, and underwear in class 025. |

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| 1,267,166 | SNOOPY | For: picture frames in class 020. |
| 1,268,857 | SNOOPY | For: adhesive bandages in class 005. |
| 1,286,055 | SNOOPY | For: drinking glasses, glass mugs, ceramic mugs, decorative ceramic storage containers for miscellaneous items, and toothbrushes in class 021. |
| 1,300,520 | SNOOPY | For: books, writing paper and envelopes, paint brushes, playing cards, printed instructional and teaching materials, crayons, felt-tip markers, pencils, erasers, paper lunchbags, calendars, drawing paper and tablets, and memo pads in class 016. |
| 4,145,986 | SNOOPY | For: pre-recorded DVDs, pre-recorded CDs, motion picture films for television featuring animated characters; computer game programs; computer game software; video game programs; video game discs; and video game software in class 009. |
| 5,218,767 | SNOOPY | For: motion picture films featuring children's entertainment; downloadable motion pictures featuring children's entertainment in class 009. |
| 5,214,344 | CHARLIE BROWN | For: motion picture films featuring animated cartoons; downloadable motion pictures featuring animated cartoons; downloadable music, ringtones and electronic games via the internet and wireless devices in class 009. |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and copyright infringement (17 U.S.C §§ 106 and 501, *et seq.*).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

4

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the PEANUTS Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Peanuts product or not authorized by Plaintiff to be sold in connection with the PEANUTS Trademarks; reproducing, distributing copies of, making derivative works of, or publicly displaying the Peanuts Copyrighted Designs in any manner without the express authorization of Plaintiff;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Peanuts product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the PEANUTS Trademarks and/or the Peanuts Copyrighted Designs;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' Unauthorized Peanuts Products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

    d. further infringing the PEANUTS Trademarks and/or the Peanuts Copyrighted Designs and damaging Plaintiff's goodwill; and

    e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff's, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the PEANUTS Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof and/or which bear the Peanuts Copyrighted Designs.

2. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), Walmart Inc. ("Walmart"), Etsy, Inc. ("Etsy"), DHgate.com ("DHgate"), and ContextLogic Inc. d/b/a Wish.com ("Wish.com"), (collectively, the "Third Party Providers") shall, within seven (7) calendar days of receipt of this Order, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the PEANUTS Trademarks and/or the Peanuts Copyrighted Designs.

3. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of five hundred thousand dollars ($500,000) for willful use of counterfeit PEANUTS Trademarks in connection with the sale of products through at least the Defaulting Defendants' Online Marketplaces.

4. Pursuant to 17 U.S.C. § 504(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful copyright infringement of the Peanuts Copyrighted Designs.

5. Plaintiff may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Wish.com, Walmart, Etsy, DHgate, and Amazon Pay by e-mail delivery to the e-mail addresses Plaintiff used to serve the Temporary Restraining Order on the Third Party Providers.

6. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases or Online Marketplaces from transferring or disposing of any funds, up to the above identified statutory damages award, or other of Defaulting Defendants' assets.

7. All monies, up to the above identified statutory damages award, in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within seven (7) calendar days of receipt of this Order.

8. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting

Defendant, Plaintiff shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, shall within seven (7) calendar days:

a. locate all accounts and funds connected to Defaulting Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 4 to the Declaration of Carrie J. Dumont, and any e-mail addresses provided for Defaulting Defendants by third parties;

b. restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

c. release all monies, up to the above identified statutory damages award, in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above- identified damages within seven (7) calendar days of receipt of this Order.

9. In the event that Plaintiff identifies any additional online marketplace accounts, or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 4 to the Declaration of Carrie J. Dumont and any e-mail addresses provided for Defaulting Defendants by third parties.

10. The ten thousand dollar ($10,000) surety bond posted by Plaintiff is hereby released to Plaintiff or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel.

This is a Final Judgment.

DATED: April 20, 2023

_____
Harry D. Leinenweber
United States District Judge

**Peanuts Worldwide LLC v. Dongguan Rich Power Tin Mfg. Ltd., at al.- Case No. 23-cv-00846**

# Schedule A

## Defendant Online Marketplaces

| No. | URL | Name / Seller Alias |
|---|---|---|
| 1 | tinboxplus.en.alibaba.com | Dongguan Rich Power Tin Mfg. Ltd. |
| 2 | DISMISSED | DISMISSED |
| 3 | wristband.en.alibaba.com | Fuzhou Ritton Technology Co., Ltd. |
| 4 | amzbarley.en.alibaba.com | Guangxi Hengzhihua E-Commerce Co., Ltd. |
| 5 | zjeverbright.en.alibaba.com | Haining Everbright Socks Co., Ltd |
| 6 | DISMISSED | DISMISSED |
| 7 | mwgift.en.alibaba.com | Hefei MW Import & Export Co., Ltd. |
| 8 | happygogogo2021.en.alibaba.com | Jinjiang Huiyibang Shoe Materials Co., Ltd. |
| 9 | shangyiyoupin.en.alibaba.com | Jinjiang Shangyi Youpin Crafts Co., Ltd. |
| 10 | jibbitzcharms.en.alibaba.com | Jinjiang Zhibixing Shoes And Garment Co., Ltd. |
| 11 | DISMISSED | DISMISSED |
| 12 | szdldt.en.alibaba.com | Shenzhen Dalang Digital Tech. Co., Ltd. |
| 13 | xydcn.en.alibaba.com | Shenzhen XYD Industry Co., Ltd. |
| 14 | junxinyy.en.alibaba.com | Shishi Junxin Yuanyi Trading Co., Ltd. |
| 15 | hjtrading.en.alibaba.com | Yiwu Huajing Trading Co., Ltd. Example 1 |
| 16 | xingyangczx.en.alibaba.com | Yiwu Xingyang Trade Co., Ltd. |
| 17 | aliexpress.com/store/1101819991 | 546373322239 Store |
| 18 | aliexpress.com/store/1101622403 | 98 Anime Store |
| 19 | aliexpress.com/store/1101564499 | Baipinhui Store |
| 20 | aliexpress.com/store/1101287825 | Candyguoguo Store |
| 21 | aliexpress.com/store/1102373498 | Cute Cartoon Store |
| 22 | aliexpress.com/store/1101758323 | Displate Metal Poster Store |
| 23 | aliexpress.com/store/1102060930 | Dollhouse Store |
| 24 | aliexpress.com/store/1102160478 | Donghui Car Sticker Factory Store Store |
| 25 | aliexpress.com/store/1102346292 | Hibel Shells Store |
| 26 | aliexpress.com/store/1102056976 | Kawaii Everything Yoy Store |
| 27 | aliexpress.com/store/1101295002 | LAVA BOOM Store |
| 28 | aliexpress.com/store/1101953835 | Lovechild Store |
| 29 | aliexpress.com/store/1101498132 | LUO JUN Store |
| 30 | aliexpress.com/store/1102244565 | MK Toy Store Store |
| 31 | aliexpress.com/store/1101508288 | NANCHANG Vv Store |

| 32 | aliexpress.com/store/1102507019 | Pet Daily Use Store |
|---|---|---|
| 33 | aliexpress.com/store/1101668374 | plushtoys Store |
| 34 | aliexpress.com/store/1101988660 | Shop1100086010 Store |
| 35 | aliexpress.com/store/1102105018 | Shop1102105017 Store |
| 36 | aliexpress.com/store/1102181858 | Shop1102180927 Store |
| 37 | aliexpress.com/store/1102216520 | Shop1102208621 Store |
| 38 | aliexpress.com/store/1102349592 | Shop1102351533 Store |
| 39 | aliexpress.com/store/1102378264 | Shop1102378263 Store |
| 40 | aliexpress.com/store/1102419678 | Shop1102421659 Store |
| 41 | DISMISSED | DISMISSED |
| 42 | DISMISSED | DISMISSED |
| 43 | DISMISSED | DISMISSED |
| 44 | aliexpress.com/store/1101254478 | Shop3000007 Store |
| 45 | aliexpress.com/store/1101273188 | Shop3439003 Store |
| 46 | aliexpress.com/store/1101191533 | Spring Girl Store |
| 47 | aliexpress.com/store/1101936038 | SY Kawaii Toy Store |
| 48 | aliexpress.com/store/1102458096 | TAKARA TOMY PERIPHERY Store |
| 49 | aliexpress.com/store/1102134413 | YIC Toy Grocery Store |
| 50 | DISMISSED | DISMISSED |
| 51 | amazon.com/sp?seller=A3DR9Q4PGSSZ1S | CIONAOR-US |
| 52 | DISMISSED | DISMISSED |
| 53 | amazon.com/sp?seller=AZEVAK1L7CL8A | guochunjun |
| 54 | amazon.com/sp?seller=A267Y7J3XWHS89 | HHXYting |
| 55 | amazon.com/sp?seller=A3B7MOE4JRZSZZ | IMADONED |
| 56 | amazon.com/sp?seller=A15AJANJMB9WPD | Jackson Andorra |
| 57 | amazon.com/sp?seller=A3M0HZQ6FOYKJC | KhsdNwj |
| 58 | amazon.com/sp?seller=A2WZ60I90OJ1MN | kuanjingpenghsyihsh |
| 59 | amazon.com/sp?seller=A28TAB0GV8AP0U | Leeeeeee DT Poster |
| 60 | amazon.com/sp?seller=A1EN3YNRM28EI | pingtanchengxudianzishangwugonzuoshi |
| 61 | amazon.com/sp?seller=A2Q0NSER5PJB5U | putianshichengxiangquyanjialiangbaihuoshanghang |
| 62 | amazon.com/sp?seller=A37LKSBZLC3RNC | QINGQING ART |
| 63 | amazon.com/sp?seller=A1BW4IRITH0W1Z | quanzhoushishengtizhinengkejiyou xiangongsi |
| 64 | amazon.com/sp?seller=A2VLFNLEZJPXQL | Selling Rainbows |
| 65 | amazon.com/sp?seller=A32RDA37ZWF8VX | Shizhuo Charms Store |
| 66 | amazon.com/sp?seller=A2HPAOECNK2TZS | SSHh |
| 67 | amazon.com/sp?seller=A17OBR53T0HFQX | tumo-shop |
| 68 | amazon.com/sp?seller=A1HESUBC5B4BM6 | WANGLI YA |

11

| | | |
|---|---|---|
| 69 | amazon.com/sp?seller=A248NS3GLZ8CYC | wushengshanghang |
| 70 | amazon.com/sp?seller=A3FA2GOQF4RW0Y | xialinyy66 |
| 71 | amazon.com/sp?seller=A3KHB7NUGNDOJ5 | xianyouxianlinanzhenxiejianningbaihuolingshouchaos |
| 72 | amazon.com/sp?seller=ASA7N6ARI2M3O | XIAOQING9188 |
| 73 | amazon.com/sp?seller=A3I3F8CGMNTR5T | xiaoqingfu |
| 74 | amazon.com/sp?seller=A2W6QDLQ7VX9H3 | xinweilong |
| 75 | amazon.com/sp?seller=AUGKWJFKFHBD1 | YingBai |
| 76 | amazon.com/sp?seller=A28H4LF5D4PFBJ | yuanzhouquzhaoqingyunbaihuodian |
| 77 | amazon.com/sp?seller=A3FA3WVVIS9OQ7 | ZHT Department Store |
| 78 | amazon.com/sp?seller=AHU5LUROSOWHV | ZRDZSWYXGS |
| 79 | amazon.com/sp?seller=A2CTBKDZEDOL8 | ZZWU |
| 80 | DISMISSED | DISMISSED |
| 81 | ebay.com/usr/hayin_home | hayin_home |
| 82 | ebay.com/usr/helloonline | helloonline |
| 83 | DISMISSED | DISMISSED |
| 84 | ebay.com/usr/phv-13 | phv-13 |
| 85 | ebay.com/usr/wea-5388 | wea-5388 |
| 86 | walmart.com/seller/101271001 | 101271001 |
| 87 | walmart.com/seller/101260158 | chengdushanjieshangmaoyouxiangongsi |
| 88 | walmart.com/seller/101289758 | Decorly |
| 89 | walmart.com/seller/101284656 | HeFeiSuoMiuWangLuoKeJiYouXianGongSi |
| 90 | walmart.com/seller/101259004 | Huangshanyuxieshangmaoyouxiangongsi |
| 91 | walmart.com/seller/101232801 | huangshilaiyongdianzishangwuyouxiangongsi |
| 92 | DISMISSED | DISMISSED |
| 93 | walmart.com/seller/101274519 | Meizhoushixinganfengjianzhuzhuangshigongchengyouxiangongsi |
| 94 | walmart.com/seller/101099318 | MiMo |
| 95 | walmart.com/seller/101295857 | nangcudianzishangwuyou |
| 96 | walmart.com/seller/101295892 | PoTengTeKeJiYouXianGongSi |
| 97 | walmart.com/seller/101258294 | Snow Dream Trading Co., LTD |
| 98 | walmart.com/seller/101279552 | THX STORE |
| 99 | walmart.com/seller/101280205 | TTSYUFTIN-Co.Ltd |
| 100 | walmart.com/seller/101276418 | TUNCHANGTUJINGRUKEJIYOUXIANGONGSI |
| 101 | walmart.com/seller/101282429 | Zhaotonglongchaodianzishangwuyouxiangongsi |