IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEANUTS WORLDWIDE LLC,<br><br>Plaintiff,<br><br>v.<br><br>DONGGUAN RICH POWER TIN MFG. LTD., et al.,<br><br>Defendants. | Case No. 23-cv-00846<br><br>**Judge Harry D. Leinenweber**<br><br>**Magistrate Judge Maria Valdez** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on April 20, 2023 [47], in favor of Plaintiff Peanuts Worldwide ("Plaintiff") and against the Defendants Identified in Schedule A in the amount of five hundred thousand dollars ($500,000) per Defaulting Defendant for willful use of counterfeit PEANUTS Trademarks and one hundred thousand dollars ($100,000) for willful copyright infringement of the Peanuts Copyrighted Designs, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Shop1102105017 Store | 35 |
| Spring Girl Store | 46 |

Dated this 4th day of May 2023.

Respectfully submitted,

/s/ Marcella D. Slay
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Trevor C. Talhami
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
ttalhami@gbc.law

*Counsel for Plaintiff Peanuts Worldwide LLC*