

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**
**Clerk**

# FILED

MAY 15 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

312-435-5670

| | | |
|---|---|---|
| Peanuts Worldwide LLC | ) ) | |
| v. | ) ) | USDC Case Number: 23-cv-846 |
| The Partnerships and Unincorporated Associations Identified | ) ) ) ) ) | Judge: Harry D. Leinenweber |

## Notice of Removal of Material
## from the Custody of the Clerk's Office

The following item(s) are hereby removed from the custody of the Clerk's Office by the undersigned who is representing Peanuts Worldwide LLC

Description:

| 02/28/2023 | view25 | ▢ 121.4 KB | SURETY BOND in the amount of $ 10,000.00 posted by Peanuts Worldwide LLC (tg, ) (Entered: 03/01/2023) |
|---|---|---|---|

I, John Summerfield, am authorized to remove the above described documents from the court.

Signature: _____

By: _____
/s/ Deputy Clerk

Firm: Greer, Burns & Crain, Ltd.

Date: 5/15/2023

Rev. 09/23/2016



GBC.LAW

May 15, 2023

**VIA HAND DELIVERY**

Finance Department
U.S. District Court
Northern District of Illinois
219 S. Dearborn St., 20th Flr.
Chicago, IL 60604

Re: U.S. District Court Northern District of Illinois

To whom it may concern:

Please release bonds in the amount of $10,000 to the custody of John Summerfield for the cases listed below.

| Case No. | Judge | Docket Entry No. |
|---|---|---|
| 23cv846 | Leinenweber | #25 |

Very truly yours,

GREER, BURNS & CRAIN, LTD.

Justin R. Gaudio
Direct 312-987-2922 | jgaudio@gbclaw.net

JRG:jgs